# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138499(70)


CHARTER TOWNSHIP OF YPSILANTI,
TOWNSHIP OF SALEM, and CHARTER
TOWNSHIP OF AUGUSTA,
           Plaintiffs-Appellants,
and

LINCOLN CONSOLIDATED SCHOOLS and
JOHN B. COLLINS,
           Plaintiffs,

v                                                    SC: 138499
                                                     COA: 281498
                                                     Washtenaw CC: 06-000059-CK
WASHTENAW COUNTY, WASHTENAW
COUNTY BOARD OF COMMISSIONERS,
WASHTENAW COUNTY ADMINISTRATOR,
JEFF IRWIN, LEAH GUNN, ROBERT
BRACKENBURY, BARBARA BERGMAN,
MARTHA KERN, MARK OUIMET, CONAN
SMITH, and STEPHEN SOLOWCZUK,
           Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's September 11, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

d0222